**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Rufino Ignacio VALDES-VEGA, Defendant-Appellant.**

No. 10–50249.

United States Court of Appeals, Ninth Circuit.

April 25, 2013.

Daniel Ackerman, Assistant U.S., Curtis A. Kin, Esquire, Assistant U.S., Mark Remy Yohalem, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff-Appellee.

Gretchen Fusilier, Carlsbad, CA, for Defendant-Appellant.

D.C. No. 5:09–cr–00024–VAP–1.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.